IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GERMAIN NDONGO,

    Plaintiff,

v.                                                      Civil Action No. **3:09CV70**

DHS/ICE, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on February 2, 2009, the Court conditionally docketed Plaintiff's action. In that Memorandum Order, the Court directed Plaintiff, *inter alia*, to keep the Court apprised of his address. The Court warned Plaintiff that failure to do so would result in dismissal of this action. On January 15, 2010, correspondence from the Clerk to Plaintiff was returned marked "RETURN TO SENDER" and "MOVED WITHOUT FORWARDING ADDRESS." Additionally, another of Plaintiff's pending cases was dismissed on December 17, 2009, for failure to keep the Court apprised of his current address. *Ndongo v. Va. Att'y Gen.*, No. 3:09CV664 (E.D. Va. Dec. 17, 2009). Plaintiff's failure to keep the Court apprised of his current address indicates a lack of interest in prosecuting the present action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                                        /s/
                                      Richard L. Williams
                                      **United States District Judge**

Date: JAN 2  2010
Richmond, Virginia

/s/

Richard L. Williams
United States District Judge